THOMAS M. O'CONNOR (TO 5247)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778


WM 22-675
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARIA F. FITZSIMONS,                                              Docket No.:

                        Plaintiff,

      -against-                                                     **NOTICE OF REMOVAL**


WAL-MART STORES EAST, LP.

                        Defendant.
-----------------------------------------------------------------------X

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**


        Defendant, WAL-MART STORES EAST, LP, for the removal of this action from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York, respectfully shows this Honorable Court as follows:

        1.     Defendant, Wal-Mart Stores East, LP, is a defendant in a civil action brought against it in the Supreme Court of the State of New York, County of Nassau, that is captioned as follows:

WM 22-675 MM
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
MARIA F. FITZSIMONS,   Index No.: 606046/2022

                     Plaintiff,

    -against-


WAL-MART STORES EAST, LP,

                    Defendants.
-------------------------------------------------------------------X

Copies of the Summons, the Complaint, and Wal-Mart Stores East, LP's Answer are annexed hereto as Exhibit "A".

    2.    This action seeks recovery for damages sustained as a result of personal injuries allegedly suffered by plaintiff while on defendant's premises.

    3.    The grounds for removal are that this Court has original jurisdiction pursuant to 28 U.S.C.A. 1332(a)(1). The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States. Annexed hereto as Exhibit "B" is defendant's Combined Discovery Demands. Annexed hereto as Exhibit "C" is an email correspondence regarding plaintiff's demand, received by this defendant on January 23, 2023.

    4.    Defendant, Wal-Mart Stores East, LP, is a Delaware limited partnership. WSE Investment, LLC is the sole limited partner and WSE Management, LLC is the sole general partner of Wal-Mart Stores East, LP. Both WSE Investment, LLC and WSE Management, LLC are Delaware limited liability companies, and the sole member of both WSE Investment, LLC and WSE Management, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company, and its sole member is Walmart Inc. Walmart Inc. is a Delaware

corporation with its principal place of business in Arkansas. Thus, for diversity purposes, the defendant is a citizen of the states of Delaware and Arkansas. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) (stating that, for purposes of diversity jurisdiction, a limited partnership has the citizenship of each of its general and limited partners); Handelsman v. Bedford Village Assocs. Ltd. Pshp., 213 F.3d 48 (2d Cir. 2000) (citing Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir.1998)) (stating that, for purposes of diversity jurisdiction, a limited liability company has the citizenship of its members).

    5. Upon information and belief, plaintiff is a citizen of the State of New York, County of Nassau.

    6. Because this action is between citizens of different states and seeks damages in excess of $75,000.00, pursuant to 28 U.S.C.A. 1332 and 28 U.S.C.A. 1441 and 1446, the case should be removed from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York.

Dated: Northport, New York
   January 23, 2023

              Yours, etc.

              BRODY, O'CONNOR & O'CONNOR, ESQS.
              Attorneys for Defendant

              By: _____
                 THOMAS M. O'CONNOR
                 7 Bayview Avenue
                 Northport, New York 11768
                 (631) 261-7778
                 File No.: WM 22-675 MM

TO: ELOVICH & ADELL, ESQS.
    Attorneys for Plaintiff
    164 West Park Avenue
    Long Beach, New York 11561
    (516) 432-6263