WM 22-675

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA F. FITZSIMONS,         Docket No.: 23CV00544

              Plaintiff,

    -against-         **STIPULATION OF**
                     **DISCONTINUANCE**

WAL-MART STORES EAST, LP.
              Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued against defendant WAL-MART STORES EAST, LP., with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to any party with the Clerk of the Court.

Dated: Northport, New York
      April 12, 2023

_/s/_                                              _Thomas M. O'Connor_
ELOVICH & ADELL, ESQS.         BRODY, O'CONNOR & O'CONNOR, ESQS
Attorneys for Plaintiff              Attorneys for Defendant
164 West Park Avenue            7 Bayview Avenue
Long Beach, New York 11561      Northport, New York 11768
(516) 432-6263                        (631) 261-7778

**SO ORDERED.**

Dated: June 8, 2023            /s/ JOANNA SEYBERT
      Central Islip, NY        Joanna Seybert, U.S.D.J.

The Clerk of Court is directed to mark this case CLOSED.